1 Humberto M. Guizar, Esq., (SBN 125769)
    *hguizar@ghclegal.com*
2 Christian Contreras, Esq., (SBN 330269)
    *ccontreras@ghclegal.com*
3 **GUIZAR, HENDERON & CARRAZCO,**
  **A LIMITED LIABILITY PARTNERSHIP**
4 3500 W. Beverly Blvd.,
  Montebello, California 90640
5 Telephone: (323) 725-1151
  Facsimile: (323) 597-0101
6
7 Attorneys for Plaintiff,
  ROBERTO RIVAS
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO RIVAS, an individual,            ) | **CASE NO: 8:22-cv-01586-JWH-ADS** |
| ) | *[Hon. John W. Holcomb]* |
| Plaintiff,            ) | |
| ) | **STIPULATION TO DISMISS** |
| v.            ) | **FEDERAL CLAIMS AND** |
| ) | **REMAND PURSUANT TO FED. R.** |
| COUNTY OF ORANGE, a legal            ) | **CIV. PROC. 41(a)(1)(A)(ii)** |
| subdivision of the State of California; et            ) | |
| al.            ) | |
| ) | |
| Defendants.            ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| _____)            | |

## **STIPULATION**

WHEREAS, this action was originally filed on Orange County Superior Court on July 16, 2020;

WHEREAS, Defendants DEPUTY JAIME MARTINEZ and DEPUTY

---

1
**STIPULATION TO DISMISS FEDERAL CLAIMS AND REMAND PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(i))**

1 | ANTHONY ALVAREZ removed this action to this Court on April 26, 2023. (Dkt. 1);

WHEREAS, Fed. R. Civ. Proc. Rule 41(a)(1)(A)(ii) permits Plaintiff to voluntarily dismiss his federal claims by filing "a stipulation of dismissal signed by all parties who have appeared";

WHEREAS, seeks to voluntarily dismiss his federal claims only in order to be remanded to state court.

**IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:**

1. Plaintiff ROBERTO RIVAS voluntarily dismisses his federal claims only in order to be remanded to state court pursuant to Fed. R. Civ. Proc. Rule 41(a)(1)(A).

Dated: June 1, 2023            **GUIZAR, HENDERON & CARRAZCO, LLP**

By: _/s/ Christian Contreras_
HUMBERTO GUIZAR
CHRISTIAN CONTRERAS[1]
Attorneys for Plaintiff

Dated: June 1, 2023            COLLINS + COLLINS LLP

By:   _/s/ Adam Ainslie_
MICHAEL L. WRONIAK
ADAM A. AINSLIE
Attorneys for Defendants

---

[1] Pursuant to the Local Rule 5-4.3.4, I attest that all signatories herein concur in the instant filing's content and have authorized the instant filing